# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES DAVID GILES,** | : | |
|     Plaintiff | : | CIVIL ACTION NO. 1:07-CV-00336 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| **VOLVO TRUCKS NORTH** | : | |
| **AMERICA, CHARLES DEBELLIS,** | : | |
| **TERRY CHRISMAN, SR.,** | : | |
| **MAUREEN A. JUDGE** | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, this 13th day of December, 2007, it having come to the Court's attention that certain of Defendants' exhibits at Document Numbers 19-3 and 20-2 do not comply with Local Rule 5.2(d),[1] **IT IS HEREBY ORDERED THAT** Document Numbers 19-3 and 20-2 are stricken from the record. The Clerk of Court is directed to delete the entries at 19-3, titled "Exhibit(s) to Memo of Law," and at 20-2, titled "Exhibit(s)." Defense counsel is directed to review the stricken submissions, redact the exhibits to conform with Local Rule 5.2(d), and re-file them within ten (10) days of this order.

s/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] Local Rule 5.2(d) provides, in part, that a document filed with the Court:
    shall not contain any of the personal data identifiers listed in this rule unless permitted by an order of the court or unless redacted in conformity with this rule. The personal data identifies covered by this rule and the required redactions are as follows:
    1.    Social Security Numbers. If an individual's Social Security Number must be included in a document, only the last four digits of that number shall be used;
\* \* \*
    4.    Financial account numbers. If financial account numbers must be included, only the last four digits shall be used.